# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 8/13/2020 | **Time:** 10:00am-11:20am [total time for two cases] | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-02249-YGR  Related case | **Case Name:** Pacific Recovery Solutions v. United Behavioral Health, et al. | |

**Attorney for Plaintiff:** David Lillenstein; Matthew Levin; Katie Spielman
**Attorney for Defendant:** Geoffrey Sigler and Lauren Blas
**Attorney for Defendant Viant:** Errol King

**Deputy Clerk:** Frances Stone                    **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Defendant Viant's  Motion  to  Dismiss [Dkt. 38]- HELD via Zoom and SUBMITTED

Defendant United Behavioral Health's Motion to Dismiss [Dkt. 39]- HELD via Zoom and SUBMITTED


The 8/31/2020 Case Management Conference is VACATED.

Note: If the motions are dismissed with leave to amend then Amendment within 30 days of the issuance of the order; response due 30 days after amendment.

Counsel are to email a redline version of the amended complaint to YGRpo@cand.uscourts.gov