IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PACIFIC RECOVERY SOLUTIONS, ET AL.,**<br>Plaintiffs,<br>v.<br>**UNITED BEHAVIORAL HEALTH, ET AL.,**<br>Defendants. | CASE NO. 4:20-cv-02249 YGR<br><br>**JUDGMENT** |

The Court, having granted defendants' motions to dismiss, hereby orders, adjudges, and decrees that, in compliance with the Court's prior Orders, all claims asserted by plaintiffs in this action are dismissed with prejudice. Each party is to bear its own costs of the action. The Clerk of Court shall enter this judgment and close the matter.

**IT IS SO ORDERED.**

Dated: April 2, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**